UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER CALCANO,

                Plaintiff,

- against -

NEW YORK CITY HOUSING AUTHORITY, and GENE THOMAS MITCHELL,

                Defendants.

**ORDER**

19 Civ. 11363 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference scheduled for April 2, 2020, is hereby adjourned to **May 21, 2020 at 10:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         March 24, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge