UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER CALCANO,

                Plaintiff,

- against -

NEW YORK CITY HOUSING AUTHORITY, and GENE THOMAS MITCHELL,

                Defendants.

**ORDER**

19 Civ. 11363 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference scheduled for June 25, 2020, is hereby adjourned <u>sine die</u>.

Dated:  New York, New York
         June 2, 2020

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge